IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                              Civil No. 4:16-cr-40011

KEVIN BOLEWARE                                                                              DEFENDANT

## ORDER

BEFORE the Court is the issue of appointment of counsel for Defendant.  Defendant's prior Counsel, Mr. John F. Stroud, unexpectedly passed away.  Defendant has previously been found to be indigent and entitled to appointed counsel.

Accordingly, the Court appoints Mr. Jason Horton as counsel for Defendant.  The Law Office of Mr. Stroud is directed to provide a copy of Defendant's file to new counsel within seven (7) days of the date of this Order.  Further, the government is directed to assure newly appointed counsel has access to discovery and disclosure as provided by F.R.Cr. P. 16 and any prior Order of this Court.

**Counsel is reminded this matter is scheduled for Jury Trial on <u>October 31, 2016.</u>**

**Signed this 13th day of September 2016.**

                                                        /s/ Barry A. Bryant
                                                        HON. BARRY A. BRYANT
                                                        U.S. MAGISTRATE JUDGE