IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                     PLAINTIFF

v.                                          Case No. 4:16-cr-40011-02

KEVIN BOLEWARE                                                                               DEFENDANT

## ORDER

Before the Court is *pro se* Defendant Kevin Boleware's Motion for Early Termination of Supervised Release. ECF No. 79. The government has not responded to the motion, and the Court finds that no response is necessary. The matter is ripe for the Court's consideration.

On May 11, 2016, Defendant was named in an Indictment filed in the Western District of Arkansas. ECF No. 1. On December 19, 2017, pursuant to a plea agreement, Defendant pleaded guilty to aiding and abetting in the distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). On June 21, 2018, Defendant was sentenced to twenty-one (21) months imprisonment, three (3) years of supervised release, and a $100 special assessment. ECF No. 74.

On March 29, 2021, Defendant filed the instant motion. Defendant requests early termination of his supervised release, citing his good behavior since his release from imprisonment. Defendant states that she has complied with all requirements of his supervised release.

The United States Probation Office ("USPO") has notified the Court that Defendant has maintained employment throughout his term of supervision, complied with all conditions of supervised release, and maintained a stable residence. Defendant has served approximately twenty-two months (22) of the imposed thirty-six months of supervised release.

A district court may terminate supervised release "if it is satisfied that such action is

warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

The Court finds that, after consideration of the above-referenced factors, the instant motion (ECF No. 79) should be and hereby is **GRANTED** based upon Defendant's conduct and the interests of justice. Defendant's term of supervised release is hereby terminated.

**IT IS SO ORDERED**, this 13th day of May, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge